### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF SOUTH CAROLINA
### ROCK HILL DIVISION

| | |
|---|---|
| Alice H. Reeves, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.:  0:17:-cv-00824-JFA-KDW |
| v. ) | |
| ) | |
| Trinity Meyer Utility Structures, ) | |
| ) | |
| LLC (f/k/a Trinity Meyers, Inc.), ) | |
| ) | |
| Defendant. ) | |
| _____  ) | |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties having resolved this dispute through a settlement agreement, hereby stipulate that this action is voluntarily dismissed with prejudice, with each party to bear its own costs except as outlined in the parties' Settlement Agreement and General Release.

Respectfully submitted,

*s/ Wilson P. Davis*

Wilson P. Davis (#12446)
Davis & Davis
118 East Hilton Street
Post Office Box 356
Kershaw, SC 29067
Telephone:  (803) 475-3737
wilson@kershaw.law
Attorney for Plaintiff


*s/  Rebecca Laffitte*
Rebecca Laffitte (#1036)
rlaffitte@sowellgray.com
J. Michael Montgomery (#10290)

2

mmontgomery@sowellgray.com
Vordman Carlisle Traywick, III. (# 12483)
ltraywick@sowellgray.com
Sowell Gray Robinson Stepp & Laffitte, LLC
1310 Gadsden Street
Post Office Box 11449
Columbia, SC 29211
Telephone:  (803) 929-1400
Jonathan C. Hancock (admitted *pro hac vice)*
Emma J. Redden (admitted *pro hac vice*)
Baker, Donelson, Bearman, Caldwell, Berkowitz, PC
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone:  (901) 577-8202
jhancock@bakerdonelson.com
Attorneys for Defendant